F. Jay Rahimi, Esq. (SBN: 305286)
E-mail: Jay@LALSLaw.com
**LOS ANGELES LEGAL SOLUTIONS**
**A Professional Law Corporation**
17207 Ventura Blvd., Suite 4
Encino, CA 91316
Telephone:   (818) 510.0555
Facsimile:    (818) 510.0590

*Attorneys for Plaintiff,*
Tigran Gazdhyan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tigran Gazdhyan**,<br><br>         Plaintiff,<br><br>vs.<br><br>**Chime Financial, Inc., et al.**,<br><br>         Defendants. | Case No. 2:24-cv-10575-DSF-SSC<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT THE GOLDMAN SACHS GROUP, INC. WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

   Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) Plaintiff hereby dismisses *with prejudice* the above-captioned action as to **DEFENDANT THE GOLDMAN SACHS GROUP, INC.,** *only.* The parties bear their own fees and costs.

/ / /

/ / /

/ / /

1

VOLUNTARY DISMISSAL WITH PREJUDICE

| | |
|---|---|
| | **LOS ANGELES LEGAL SOLUTIONS** |
| Dated: April 18, 2025 | By: _s/F. Jay Rahimi_____ |
| | F. Jay Rahimi, Esq. |
| | *Attorney for Plaintiff,* |
| | Tigran Gazdhyan |

**CERTIFICATE OF SERVICE**

I certify that on April 18, 2025, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: April 18, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ F. Jay Rahimi_
　　　　　　　　　　　　　　　　　　　　　　　　　　F. Jay Rahimi